# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA ALUMINUM COMPANY, a corporation,<br><br>Defendant. | Case No. 5:14-cv-01651-VAP-DTB<br><br>[PROPOSED] ORDER GRANTING DISMISSAL<br><br>JS-6 |

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff Center for Community Action and Environmental Justice's claims against Defendant Sierra Aluminum Company, as set forth in the Notice and Complaint filed in Case No. 5:14-cv-01651-VAP-DTB, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 31, 2016, or through the conclusion of any proceeding to enforce the Settlement Agreement, or until the completion of any payment or affirmative duty required by the Settlement Agreement, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any

provision of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 23, 2015

                                            Hon. Virginia A. Phillips
                                            United States District Judge